UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

NATHAN CLARK, a Minor, through his Next Friend, AMY CLARK,

    Plaintiff,

v.

BOAT HOLDINGS, LLC, d/b/a BENNINGTON MARINE and POLARIS INC.,

    Defendants.

Case No. 2:20-cv-13078

Hon. Terrence G. Berg

---

Paul F. Doherty (P36579)
Ven R. Johnson (P39219)
JOHNSON LAW, PLC
535 Griswold Street, Suite 2632
Detroit, MI 48226
pdoherty@venjohnsonlaw.com

*Attorneys for Plaintiff*

Anthony Sallah
BARNES & THORNBURG, LLP
171 Monroe Avenue, NW
Suite 1000
Grand Rapids, MI  49503
P: (616) 742-3976
asallah@btlaw.com

Dawn M. Beery
BENESCH,FRIEDLANDER, COPLAN & ARONOFF LLP
71 South Wacker Dr.
Suite 1600
Chicago, IL 60606
P: (312) 212-4968
dbeery@beneschlaw.com

*Attorneys for Defendants Boat Holdings, LLC d/b/a Bennington Marine, now known as Polaris Boats LLC, and Polaris Inc.*

## PLAINTIFF'S EXPERT WITNESS LIST

Plaintiff, through his Next Friend and his attorneys, JOHNSON LAW, PLC, states as follows for his Expert Witness List:

1. Gerald Shiener, Ph.D., (forensic psychiatry), 251 East Merrill St., Ste. 230, Birmingham, MI 48009.

2. Mark R. Lehto, Ph.D., (engineering), Miller Engineering, Inc., 2392 Fuller Court, Ann Arbor, MI 48105.

3. Amelia L. Shelton, M.A., CRC, LLPC, CWCP, (vocational issues) Shelton Consulting, L.L.C, 1032 N. Capitol Ave., Lansing, MI 48906.

4. Michael Thomson, Ph.D., Thomson Econometrics, (economic losses) 2350 Franklin Rd., Ste. 200, Bloomfield Hills, MI 48302.

5. Shaher Khan MD, (plastic surgery), 26850 Providence Pkwy Ste 125, Novi, MI 48374.

**Johnson Law, PLC**

Date: June 3, 2021

*/s/ Paul F. Doherty*
PAUL F. DOHERTY (P36579)
Attorney for Plaintiff
535 Griswold St., Ste. 2632
Detroit, MI 48226
(313) 324-8300

2

## PROOF OF SERVICE

STATE OF MICHIGAN )
                  )
COUNTY OF WAYNE   )

     Maria A. Reyna, being first duly sworn, deposes and says that on the 3rd of June, 2021, she served a copy of Plaintiff's Expert Witness List upon all interested parties along with Proof of Service via the Courts CM ECF Filing System and hereby declares under the penalties of perjury that the foregoing is true to the best of my knowledge, information and belief.

                              **/s/Maria A. Reyna**
                              Maria A. Reyna