IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATHAN CLARK, a Minor,
through his Next Friend, AMY CLARK,

        Plaintiff,

v.

BOAT HOLDINGS, LLC, d/b/a
BENNINGTON MARINE and
POLARIS INC.,

        Defendants.

Case No. 2:20-cv-13078
Hon. Terrence G. Berg

_____

| Paul F. Doherty (P36579) | Anthony Sallah |
| Ven R. Johnson (P39219) | BARNES & THORNBURG, LLP |
| JOHNSON LAW, PLC | 171 Monroe Avenue, NW Suite 1000 |
| 535 Griswold Street, Suite 2632 | Grand Rapids, MI 49503 |
| Detroit, MI 48226 | (616) 742-3976 |
| pdoherty@venjohnsonlaw.com | asallah@btlaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| | |
| | Dawn M. Beery |
| | BENESCH, FRIEDLANDER, |
| | COPLAN & ARONOFF LLP |
| | 71 South Wacker Dr. Suite 1600 |
| | Chicago, IL 60606 |
| | (312) 212-4968 |
| | dbeery@beneschlaw.com |
| | *Attorneys for Defendants* |

_____

### STIPULATED ORDER EXTENDING TIME FOR DISCLOSURE OF EXPERT REPORTS

The parties having so stipulated,

IT IS HEREBY ORDERED that the date for disclosure of experts and their reports is extended as follows:

1

| | |
|---|---|
| Plaintiff's Expert Reports Due | 7/30/2021 |
| Defendant's Expert Disclosures | 8/16/2021 |
| Defendant's Expert Reports | 9/15/2021 |
| Plaintiff's Rebuttal Disclosures | 9/22/2021 |
| Plaintiff's Rebuttal Reports | 9/29/2021 |

SO ORDERED

Date: June 24, 2021   /s/Terrence G. Berg_____
　　　　　　　　　　　　　　　　　　　Hon. Terrence G. Berg
　　　　　　　　　　　　　　　　　　　United States District Court

So stipulated:

| | |
|---|---|
| */s/ Paul F. Doherty*<br>Paul F. Doherty (P36579)<br>*Attorneys for Plaintiff* | *Anthony Sallah w/consent*<br>Anthony Sallah (P84136)<br>*Attorneys for Defendants* |